UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NUMBER |
| | : | |
| CHARLIE ROY MOTT | : | 13-77328 - mhm |
| AND | : | |
| DENISE CAMP MOTT, | : | |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| Debtor(s). | : | BANKRUPTCY CODE |

## NOTICE OF HEARING
## ON REAFFIRMATION AGREEMENT

The Debtor and WORLD WIDE AUTO SALES have executed and filed will the Court reaffirmation agreement (hereinafter the "Reaffirmation Agreement").

**The Court shall hold a hearing to consider the Reaffirmation Agreement on the  28th  day of  May, 2014 , at  9:30 a.m.   in Courtroom 1404  , Richard B. Russell Building, 75 Spring Street,  S. W.,  Atlanta, Georgia.**

**Note to Debtors:**

If you are unsure about the reaffirmation process or have a question about your agreement, you can receive free counseling from volunteer attorneys on the day of your reaffirmation hearing.  Please arrive **at least one hour prior** to your hearing and meet your volunteer attorney in the Attorney Lounge located on the 14th Floor, Room 14107.   Please bring the following information with you: Bankruptcy Schedules; Statement of Financial Affairs; the reaffirmation agreement; the motion to approve the reaffirmation agreement; contracts with the creditor regarding the debt; recent monthly bills, statements and/or payment information; and recent correspondence from the creditor.

Dated: April 9, 2014

M. REGINA THOMAS, CLERK OF COURT
UNITED STATES BANKRUPTCY COURT